Opinion issued July 28, 2026



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00024-CV

_____

**JOE MCHANEY, Appellant**

**V.**

**JACKSON SUPPLY COMPANY, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1244317**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed October 16, 2025. Appellant Joe McHaney has not paid the fee for the clerk's record or the required filing fee and has not established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1 (indigence), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to

appellant's fault); *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.851(b), 51.941(a); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No.24-9047 (Tex. July 26, 2024).

Appellant failed to respond to our notices of January 7, 2025 (non-payment of filing fee) and February 19, 2025 (non-payment for clerk's record), which advised appellant that, should he not pay the fee for the clerk's record or the filing fee or establish indigence, this appeal was subject to dismissal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal. *See* TEX. R. APP. P. 42.3, 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan.